574

448 A.2d 1162

Inverso v. Prudence Restaurant, Appellant.

Argued February 10, 1982.  Charles Bobinis, for appellant; Robert A. Arcovio, for appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.

448 A.2d 1162

Keller v. Continental Casualty Co., et al.

Appeal of Continental Casualty Company.

Argued December 2, 1980.  Richard A. Bausher, for appellant; Robert I. Cottom, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.